IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| AVELINO MEDEL II, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 1:24-CV-990-RP |
| | § | |
| GABRIEL WALKER PRADO, *in his individual* | § | |
| *capacity*, and CITY OF AUSTIN, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Dustin Howell concerning Defendant City of Austin's (the "City") motion for summary judgment, (Dkt. 25), Defendant Gabriel Walker Prado's ("Walker Prado") first amended motion for summary judgment, (Dkt. 34), Plaintiff Avelino Medel II's ("Medel") motion to strike, (Dkt. 38). (R. & R., Dkt. 79). Medel timely filed objections to the report and recommendation, (Objs., Dkt. 81), the City and Prado filed responses, (Dkts. 83, 84), and Medel filed a reply, (Dkt. 85).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Medel timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules both parties' objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Dustin Howell, (Dkt. 79), is **ADOPTED**.

1

**IT IS FURTHER ORDERED** that Walker Prado's motion for summary judgment, (Dkt. 34), is **GRANTED**; the City's motion for summary judgment, (Dkt. 25), is **GRANTED**; and Medel's motion to exclude Walker Prado's exhibits, (Dkt. 38), is **DENIED AS MOOT**.

**IT IS FINALLY ORDERED** that Medel's claims in this case are **DISMISSED WITH PREJUDICE**.

The Court will enter final judgment by separate order.

**SIGNED** on March 25, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE